**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 38361 |
| Timothy D Hayes ) | HON. Deborah L Thorne |
| ) | Chapter 13 |
| DEBTOR ) | |

## NOTICE OF OBJECTION

To:   Chapter 13 Trustee, Marilyn O Marshall, 224 S. Michigan Ave. Suite 800, Chicago, IL 60604;

Please take notice that Timothy D Hayes, by and through Debtor's attorney, The Semrad Law Firm, LLC, objects to the Notice of Motion and Motion to Dismiss Debtor for Failure to Make Plan Payments Filed by Marilyn O Marshall, at docket entry 69.

## PROOF OF SERVICE

The undersigned, an attorney certifies that he sent a copy of this notice on April 1, 2022, to the above-mentioned Chapter 13 Trustee via electronic court notification, the creditors listed above via regular U.S. Mail, postage prepaid, from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Thomas Nield*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625